# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,       )
                                     )
               Plaintiff,       )
v.                                )      NO.  CR-21-00337-001-HE
                                     )      NO.  CIV-23-0665-HE
LARRY GRANT TISDALE, JR.,     )
                                   )
             Defendant.     )

## ORDER

For the reasons stated in the separate order entered this date, defendant's motion to vacate pursuant to Defendant Tisdale, now represented by new appointed counsel, has indicated he is withdrawing as a ground for his pending § 2255 motion any reliance on the contention that prior counsel failed to file a notice of appeal as directed by defendant. He seeks to have the pending hearing directed to that issue stricken.  The government does not object.

Defendant's motion [Doc. #101] is therefore **GRANTED** and the **December 20, 2023**, evidentiary hearing is **STRICKEN**.  As all other issues were resolved in the court's order of November 16, 2023 [Doc. #96], defendant's motion to vacate pursuant to 28 U.S.C. § 2255 [Doc. #89] is **DENIED** for the reasons stated in that order.

**IT IS SO ORDERED**.

Dated this 12th day of December, 2023.

                                               _____
                                               JOE HEATON
                                                 UNITED STATES DISTRICT JUDGE