## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   NO.  CR-21-00337-001-HE |
| | )   NO.  CIV-23-0665-HE |
| LARRY GRANT TISDALE, JR., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the separate order entered this date, defendant's motion to vacate pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS SO ORDERED**.

Dated this 12th day of December, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE