IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. CR-21-337-HE |
| ) | |
| LARRY GRANT TISDALE, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Larry Grant Tisdale, Jr. has filed a document entitled "Supporting Memorandum" [Doc. #105] which purports to rely on 28 U.S.C. § 2255 and appears to be, in substance, a motion for sentence reduction based on the application of Amendment 821 to the U.S. Sentencing Guidelines. The government is directed to file its response to the motion within 30 days from the date of this order.

**IT IS SO ORDERED**.

Dated this 26th day of November, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE